AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    Central California    on the following   [X] Patents or   [ ] Trademarks:

| DOCKET NO.<br>CV05-5610 | DATE FILED<br>AUG 02 2005 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>j2 Global Communications, Inc., 6922 Hollywood Blvd., Suite 500, Los Angeles, California 90028; Catch Curve, Inc., Atlantic Center Plaza, Suite 2400, 1180 W. Peachtree Street, NE, Atlanta, Georgia 30309 | | DEFENDANT<br>Protus IP Solutions Inc.,<br>2379 Holly Lane, Suite 210<br>Ottawa, Ontario, Canada K1V 7P2 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,350,066 | February 26, 2002 | j2 Global Communications, Inc. |
| 2 | 6,564,321 | May 13, 2003 | j2 Global Communications, Inc. |
| 3 | 6,208,638 | March 27, 2001 | j2 Global Communications, Inc. |
| 4 | 6,785,021 | August 31, 2004 | Catch Curve, Inc. |
| 5 | 6,643,034 | November 4, 2003 | Catch Curve, Inc. |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

AUG - 4 2005

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 12/10/10 order dismissing action per stipulation |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>L Chai | DATE<br>12/10/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO-120

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central California__ on the following  [X] Patents or  [ ] Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| j2 Global Communications, Inc., 6922 Hollywood Blvd., Suite 500, Los Angeles, California 90028; Catch Curve, Inc., Atlantic Center Plaza, Suite 2400, 1180 W. Peachtree Street, NE, Atlanta, Georgia 30309 | Protus IP Solutions Inc., 2379 Holly Lane, Suite 210 Ottawa, Ontario, Canada K1V 7P2 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,459,584 | October 17, 1995 | Catch Curve, Inc. |
| 2 | 5,291,302 | March 1, 1994 | Catch Curve, Inc. |
| 3 | 4,994,926 | February 19, 1991 | Catch Curve, Inc. |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

AUG -- 4 2005

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO-120